Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000413
07-NOV-2017
01:48 PM

NO. CAAP-16-0000413

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
LAURA PITOLO, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 15-1-0407)

ORDER OF CORRECTION
(By:  Leonard, J., for the court)[1]

IT IS HEREBY ORDERED that the Opinion of the court,
filed on October 30, 2017, is hereby corrected at page 27, in the
attorney-credit section, to include Darcia Forester of the Office
of the Public Defender for Defendant-Appellee in this action.
The attorney-client section shall now read as follows:

On the briefs:

Michael Kagami,
Deputy Attorney General,
for Plaintiff-Appellant.

Taryn R. Tomasa,
Deputy Public Defender,
(on the answering brief)
Darcia Forester,
Deputy Public Defender,
(appearing and arguing at
  oral argument)
for Defendant-Appellee.

---

[1]     Fujise, Presiding Judge, Leonard and Reifurth, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, November 7, 2017.

FOR THE COURT:

Associate Judge